(88 South. 231)

No. 22902.

## BEROT v. PORTE.

(April 4, 1921.)

*(Syllabus by Editorial Staff.)*

**Appeal and error ⊂⇒773(2)—Appeal dismissed where abandoned by failure to file briefs.**

Where the issues presented by plaintiff appellant's petition were finally disposed of in defendant's favor by prior decision in another case against the same defendant by plaintiff's husband on the husband's appeal, and appellant's attorneys did not argue the case or file a brief in support of the appeal, it would be assumed that they regarded the appeal as one which would be futile if successful and that they had therefore abandoned it, and the appeal would be dismissed.

Appeal from Civil District Court, Parish of Orleans; Fred D. King, Judge.

Action by Marie Houcard Berot against Albert Porte. From judgment for defendant, plaintiff appeals. Appeal dismissed.

John D. Nix, Jr., and Ulic J. Burke, both of New Orleans, for appellant.

Carl C. Friedrichs, Joseph D. Barksdale, and Harold A. Moise, all of New Orleans, for appellee.

O'NIELL, J. Plaintiff appeals from a judgment maintaining an exception to her petition and dismissing her suit for damages for an alleged slander or defamation of her character. She was one of the plaintiffs in the suit of Berot et al. v. Porte, 144 La. 805, 81 South. 323, 3 A. L. R. 1651. Defendant filed an exception of no cause or right of action in the case, and, when the same had been argued and before judgment was rendered thereon, Mrs. Berot dismissed her suit, leaving Albert J. Berot as the only plaintiff in the case. Judgment was rendered against him, after trial of the case on its merits, and, on appeal, the judgment was affirmed. In the meantime, without having paid the costs of her original suit, Mrs. Berot filed the present suit upon the same cause of action that was presented in the first suit.

As the issues presented by the petition in this case were finally disposed of by the decision rendered in favor of the defendant herein, on the appeal of the plaintiff in Berot v. Porte, 144 La. 805, 81 South. 323, 3 A. L. R. 1651, and as the attorneys for appellant have not seen fit to argue the case or to file a brief in support of the appeal, we assume that they regard the appeal as one which would not be successful, and that they have therefore abandoned it.

The appeal is dismissed at appellant's cost.